UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURRELL MOHAMMED p/k/a HELL RELL,

Plaintiff,

v.

UNIVERSAL MUSIC GROUP, INC.,　　　　Civil Action No. _____

Defendant.

**COMPLAINT FOR ACCOUNTING AND
UNJUST ENRICHMENT**

Plaintiff Durrell Mohammed p/k/a Hell Rell ("Plaintiff" or "Mohammed"), by and through his attorneys, Mills Legal, brings this action against Defendant Universal Music Group, Inc. ("UMG" or "Defendant") and alleges as follows:

## I. NATURE OF THE ACTION

1. This is an action by a registered copyright co-owner and co-author to compel an accounting of profits and to recover his proportionate share of master and publishing royalties that Defendant has collected from the commercial exploitation of five musical compositions and sound recordings in which Plaintiff holds a co-ownership interest (the "Works"), without accounting to or compensating Plaintiff.

2. Plaintiff is a recording artist, lyricist, performer, and co-author credited on the Works, all of which appear on commercially released albums distributed by UMG. Plaintiff has ASCAP writer registrations for the Works and has submitted publishing and writer details through ASCAP and other relevant platforms in connection with these compositions.

1

3. Critically, UMG itself already acknowledges a royalty relationship with Plaintiff. Plaintiff maintains an active UMG royalty portal account (Vendor No. 3057775, Payee No. 2030P120, Account No. 2030P120) through which he currently receives royalties from UMG on a separate track from the same album as four of the five Works at issue — confirming, beyond dispute, that UMG recognizes Plaintiff as a royalty participant in the Diplomatic Immunity project. Notwithstanding this established relationship, UMG has refused to account for or pay royalties on the five Works at issue.

4. Since July 18, 2025, Plaintiff has engaged in sustained good-faith correspondence with UMG through its royalty helpdesk (Ticket #172155 and Ticket #172155), providing all requested authentication and documentation. UMG has responded not with an accounting or payment, but with a series of administrative barriers, rejecting properly submitted tax forms on technical grounds, and failing to address Plaintiff's master-side royalty entitlements at all. UMG's conduct constitutes an ongoing refusal to account to a recognized copyright co-owner, in violation of the Copyright Act, 17 U.S.C. § 101 et seq.

## II. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a), as this action arises under the Copyright Act of the United States, 17 U.S.C. § 101 et seq. This Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiff's state law unjust enrichment claim.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendant Universal Music Group, Inc. resides in this district, maintaining its United States headquarters at 1755 Broadway, New York, New York 10019.

## III. THE PARTIES

7. Plaintiff Durrell Mohammed, professionally known as Hell Rell, is an individual residing in the State of New Jersey. Plaintiff is a recording artist, lyricist, performer, and co-author of the Works at issue. He is publicly credited by name on the albums on which the Works appear and holds ASCAP writer registrations in connection with the Works. Plaintiff is also the sole owner and authorized signatory of Solais World Publishing Inc., his wholly-owned music publishing company through which publishing royalties associated with his compositions are administered.

8. Defendant Universal Music Group, Inc. is a corporation with its United States principal place of business at 1755 Broadway, New York, New York 10019. UMG is one of the largest music conglomerates in the world and, through its affiliates and subsidiaries, including Roc-A-Fella Records, Def Jam Recordings, Diplomatic Man, and Island Def Jam Music Group, commercially exploits musical compositions and sound recordings, collecting and distributing royalties therefrom. UMG and its affiliates currently exploit the Works through digital streaming platforms, downloads, synchronization licensing, and other distribution channels.

## IV. FACTUAL ALLEGATIONS

### A. "Hell Rell (Interlude)," Copyright Ownership and Commercial Exploitation

9. "Hell Rell (Interlude)" is a musical composition and sound recording appearing on the album Diplomatic Immunity, released by Cam'ron Presents... The Diplomats on Roc-A-Fella Records and Def Jam Recordings (Catalogue No. 440 063 211-2) on or about March 25,

3

2003. The Work is registered with the United States Copyright Office Reg. No. SR0000335140.

10. Plaintiff Durrell Mohammed is identified as a co-author of "Hell Rell (Interlude)" by virtue of his musical and lyrical contributions to the work. The work bears Plaintiff's professional name "Hell Rell" as its title, confirming his authorship and featured status. Plaintiff's ASCAP writer registration for the work ASCAP Work ID: 931094884, reflects his co-ownership interest in the composition. Plaintiff did not execute a work-for-hire agreement, royalty waiver, assignment of copyright, or any instrument transferring his co-ownership interest in this work to UMG or any of its affiliates.

11. "Hell Rell (Interlude)" has been and continues to be commercially exploited by UMG and its affiliates through digital streaming on platforms including Spotify, Apple Music, and Amazon Music, through digital downloads, and through other distribution channels, generating ongoing royalty revenue. ISRC: USFZH0600109.

**B. "Hell Rell Freestyle," Copyright Ownership and Commercial Exploitation**

12. "Hell Rell Freestyle" is a musical composition and sound recording appearing on the album Diplomatic Immunity, released by Cam'ron Presents... The Diplomats on Roc-A-Fella Records and Def Jam Recordings (Catalogue No. 440 063 211-2) on or about March 25, 2003. Plaintiff is credited as a featured performer on "Hell Rell Freestyle" on the commercially released album. The Work is registered with the United States Copyright Office Reg. No. SR0000335140.

13. Plaintiff Durrell Mohammed is a co-author and co-owner of the copyright in "Hell Rell Freestyle" by virtue of his original musical and lyrical contributions. Plaintiff's ASCAP

4

writer registration for the work ASCAP Work ID: 931094896, reflects his co-ownership interest in the composition. Plaintiff did not execute a work-for-hire agreement, royalty waiver, assignment of copyright, or any instrument transferring his co-ownership interest in this work to UMG or any of its affiliates.

14. "Hell Rell Freestyle" has been and continues to be commercially exploited by UMG and its affiliates through digital streaming, digital downloads, and other distribution channels, generating ongoing royalty revenue. ISRC: USDJ20300297, USDJ20300298.

### C. "Built This City," Copyright Ownership and Commercial Exploitation

15. "Built This City" is a musical composition and sound recording appearing on the album Diplomatic Immunity, released by Cam'ron Presents... The Diplomats on Roc-A-Fella Records and Def Jam Recordings (Catalogue No. 440 063 211-2) on or about March 25, 2003. The Work is registered with the United States Copyright Office Reg. No. SR0000335140.

16. Plaintiff Durrell Mohammed is a co-author and co-owner of the copyright in "Built This City" by virtue of his original musical and lyrical contributions to the work. Plaintiff's authorship of "Built This City" is corroborated by his ASCAP writer registration ASCAP Work ID: 526218270, and by commercial streaming metadata. Plaintiff did not execute a work-for-hire agreement, royalty waiver, assignment of copyright, or any instrument transferring his co-ownership interest in this work to UMG or any of its affiliates.

17. "Built This City" has been and continues to be commercially exploited by UMG and its affiliates through digital streaming, digital downloads, and other distribution channels, generating ongoing royalty revenue. ISRC: USI4R1043087, USDJ20201398.

**D. "Whatever U Wanna Call It," Copyright Ownership and Commercial Exploitation**

18. "Whatever U Wanna Call It" is a musical composition and sound recording appearing on the album What the Game's Been Missing!, released by Diplomats Present Juelz Santana on Diplomatic Man, Santana's World, and Def Jam Recordings (Catalogue No. B0005426-02; Barcode 602498849453) on or about November 22, 2005. The album was commercially distributed by Universal Music & Video Distribution, Corp. The phonographic copyright in the album is held by Island Def Jam Music Group, a UMG affiliate. The Work is registered with the United States Copyright Office Reg. No. PA0001395931.

19. Plaintiff Durrell Mohammed is credited as a featured performer on "Whatever U Wanna Call It" on the commercially released album. Plaintiff's co-authorship of this work is registered with the U.S. Copyright Office and/or ASCAP. Accordingly, Plaintiff Durrell Mohammed (a/k/a Hell Rell) is a co-author and copyright co-owner of "Whatever U Wanna Call It."

20. Plaintiff's ASCAP writer registration for "Whatever U Wanna Call It" ASCAP Work ID: 531788951, confirms his co-ownership interest in the composition. Plaintiff did not execute a work-for-hire agreement, royalty waiver, assignment of copyright, or any instrument transferring his co-ownership interest in this work to UMG, Island Def Jam Music Group, or any other UMG affiliate.

21. "Whatever U Wanna Call It" has been and continues to be commercially exploited by UMG and its affiliates through digital streaming, digital downloads, and other distribution channels, generating ongoing royalty revenue. ISRC: USUM70505117, USUM70505123.

**E. "This is What I do," Copyright Ownership and Commercial Exploitation**

6

22. "This is What I Do" is a musical composition and sound recording appearing on the album Diplomatic Immunity, released by Cam'ron Presents... The Diplomats on Roc-A-Fella Records and Def Jam Recordings (Catalogue No. 440 063 211-2) on or about March 25, 2003. The Work is registered with the United States Copyright Office, Reg. No. SR0000335140.

23. Plaintiff Durrell Mohammed is credited as a featured performer on "This is What I Do" on the commercially released album. The authorship credits identify the written-by credit as Plaintiff Durrell Mohammed in connection with music writing credits and is the name under which Plaintiff's co-authorship of this work is registered with the U.S. Copyright Office and/or ASCAP. Accordingly, Plaintiff Durrell Mohammed (a/k/a Hell Rell) is a co-author and copyright co-owner of "This is What I Do."

24. Plaintiff's ASCAP writer registration for "This is What I Do," ASCAP Work ID: 505225072, reflects his co-ownership interest in the composition. Plaintiff did not execute a work-for-hire agreement, royalty waiver, assignment of copyright, or any instrument transferring his co-ownership interest in this work to UMG or any of its affiliates.

25. "This is What I Do" has been and continues to be commercially exploited by UMG and its affiliates through digital streaming, digital downloads, and other distribution channels, generating ongoing royalty revenue. ISRC: USDJ20300275, USDJ20300276.

26. At some point, UMG transmitted to Plaintiff a payment of approximately $683.00 in connection with "This is What I Do." This payment was made without any accompanying

royalty statement, accounting, or explanation, and without any release or settlement agreement of any kind. Plaintiff did not execute any instrument releasing or settling his claims in connection with this work. UMG's transmission of this payment constitutes an implicit acknowledgment of Plaintiff's ownership interest and entitlement to royalties while simultaneously demonstrating UMG's failure to render a full and accurate accounting as required. The payment does not reflect, and UMG has never provided, a complete accounting of all revenue generated from the commercial exploitation of this work.

**F. UMG's Pre-Existing Royalty Relationship with Plaintiff and Refusal to Account on the Works**

27. UMG and its affiliates have commercially exploited the Works continuously since their respective release dates through digital streaming platforms, downloads, licensing, and other distribution channels, generating substantial ongoing royalties. As co-owner of the copyrights in the Works, Plaintiff is entitled to his proportionate share of all revenues derived from the exploitation of the Works, including both master-side and publishing royalties.

28. Significantly, UMG already maintains an active royalty account for Plaintiff in connection with the Diplomatic Immunity album. Plaintiff currently receives UMG royalties under Vendor No. 3057775, Payee No. 2030P120, Account No. 2030P120 for the track "This Is What I Do" — a separate track on the same Diplomatic Immunity album as four of the five Works at issue. This pre-existing relationship conclusively establishes that UMG recognizes Plaintiff's status as a royalty participant in connection with the Diplomatic Immunity project and has the administrative infrastructure to account and pay him. UMG's refusal to account on the five Works at issue while simultaneously maintaining an active royalty relationship

8

with Plaintiff on a thirteenth track from the same album is therefore wholly without justification.

29. On or about July 18, 2025, Plaintiff initiated formal correspondence with UMG's royalty helpdesk (Ticket #172155) requesting an accounting of royalties for the five Works. In response to UMG's authentication request of the same date, Plaintiff promptly provided his full legal name (Durrell Mohammed), vendor number (3057775), payee number (2030P120), account number (2030P120), and last four digits of his tax identification number on file with UMG.

30. On or about July 24 and July 28, 2025, Plaintiff submitted formal written follow-up correspondence to UMG identifying the five Works by title and album — "Hell Rell Freestyle," "Hell Rell (Interlude)," "This is What I do" and "Built This City" from Diplomatic Immunity, and "Whatever U Wanna Call It" from What the Game's Been Missing! — confirming his ASCAP writer registration and authorship credits, and requesting a full royalty audit and retroactive payment from each work's original release date.

31. On or about August 27, 2025, Joshua Brown of UMG's royalty helpdesk responded not by addressing Plaintiff's royalty claims, but by demanding that Plaintiff submit a W-9, ACH form, and bank statement for "Solais World Publishing Inc." rather than acknowledging Plaintiff's individual entitlements as a copyright co-owner and featured performer. UMG reiterated this demand on or about September 2, 2025. As Plaintiff is the sole owner and authorized signatory of Solais World Publishing Inc., Plaintiff complied and submitted the requested W-9 and ACH authorization forms for Solais World Publishing Inc.

32. Notwithstanding Plaintiff's compliance, on or about October 20, 2025, Joshua Brown rejected the submitted W-9 and ACH authorization forms on the grounds that they were

digitally signed without the accompanying digital certificate of completion, and demanded that Plaintiff resubmit both forms with revised signatures and complete an additional Change of Address form. UMG's pattern of escalating administrative demands — each complied with by Plaintiff only to be met with a new procedural objection — constitutes a bad-faith refusal to account that is inconsistent with UMG's obligations to a recognized copyright co-owner.

33. Moreover, even setting aside UMG's obstruction on the publishing side, Plaintiff's right to an accounting of master-side royalties as a sound recording co-owner and featured performer exists independently of any publishing entity or arrangement. Under 17 U.S.C. § 201(a), copyright in a sound recording vests in the author at the moment of creation. As a co-author of the Works, Plaintiff is entitled to a direct accounting from UMG for his proportionate share of master-side revenues, without regard to the administrative structure through which publishing royalties may be separately channeled. UMG has at no point addressed Plaintiff's master-side entitlements, directing him exclusively toward the publishing track while ignoring entirely his sound recording co-ownership rights.

34. As a result of UMG's refusal to account, Plaintiff has been deprived of master-side and publishing royalties to which he is legally entitled, in an amount to be determined at trial, covering the period from each Work's original release date through the present. The burden of establishing a valid transfer of copyright ownership rests on the party asserting the transfer, here UMG. It is not Plaintiff's obligation to disprove the existence of a written agreement. Plaintiff has confirmed that he never executed a work-for-hire agreement, recording contract, royalty waiver, or any instrument transferring his co-ownership interest in any of the Works.

35. The absence of any artist agreement or work-for-hire contract in UMG's own records is itself strong evidence that no such agreement exists. UMG's failure to produce or reference any such agreement in the course of its correspondence with Plaintiff further supports this conclusion.

## V. CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### Accounting as Co-Owner of Copyright (17 U.S.C. § 101 et seq.)

36. Plaintiff repeats and realleges each of the foregoing paragraphs as though fully set forth herein.

37. Plaintiff is a co-owner of the copyrights in "Hell Rell (Interlude)" [Reg. No. SR0000335140], "Hell Rell Freestyle" [Reg. No. SR0000335140], "Built This City" [Reg. No. SR0000335140], "Whatever U Wanna Call It" [Reg. No. PA0001395931], and "This is What I Do" [Reg. No. SR0000335140] (collectively, the "Works"), by virtue of his status as a co-author of those works and his express identification as a co-author in the copyright registrations and ASCAP registrations for the Works, and by virtue of his public credits as a featured performer on the commercially released albums on which the Works appear.

38. As a co-owner of the copyrights in the Works, Plaintiff is entitled to an accounting from UMG of all profits derived from the commercial exploitation of the Works, including master-side and publishing royalties, streaming revenues, synchronization fees, and all other income generated from the Works.

39. UMG has exploited and continues to exploit the Works without accounting to Plaintiff for his proportionate share of the resulting revenue.

11

40. Plaintiff has repeatedly demanded an accounting since July 18, 2025. UMG has refused. Plaintiff is entitled to a full accounting and to judgment for his proportionate share of all revenues generated from the exploitation of the Works from the date of first commercial release through the present, together with pre-judgment and post-judgment interest.

## SECOND CLAIM FOR RELIEF

### Unjust Enrichment

41. Plaintiff repeats and realleges each of the foregoing paragraphs as though fully set forth herein.

42. UMG has received and retained revenues — including streaming royalties, licensing fees, and other income — derived from the commercial exploitation of works in which Plaintiff holds a co-ownership interest. UMG has done so without accounting to or compensating Plaintiff for his rightful share of those revenues.

43. Plaintiff has conferred a benefit upon UMG by virtue of his creative contributions to the Works, contributions that are reflected in his copyright registrations, ASCAP registrations, album credits, and streaming metadata, and that form the basis of UMG's ongoing commercial exploitation of the Works.

44. It would be inequitable and unjust for UMG to retain these revenues without compensating Plaintiff. Plaintiff is entitled to recover the amount by which Defendant has been unjustly enriched at Plaintiff's expense, in an amount to be determined at trial.

## VI. PRAYER FOR RELIEF

12

WHEREFORE, Plaintiff Durrell Mohammed respectfully requests that this Court enter judgment as follows:

(a) Ordering Defendant to provide a full and complete accounting of all revenues generated from the exploitation of "Hell Rell (Interlude)" [ISRC: USFZH060010, Reg. No. SR0000335140], "Hell Rell Freestyle" [ISRC: USDJ20300297, USDJ20300298, Reg. No. SR0000335140], "Built This City" [ISRC: USI4R1043087, USDJ20201398, Reg. No. SR0000335140], "This is What I do" [ISRC: Reg. No. SR0000335140] and "Whatever U Wanna Call It" [ISRC: USUM70505117, USUM70505123, Reg. No. PA0001395931], from the date of first commercial release of each work through the present, including all master-side royalties, publishing royalties, streaming revenues, synchronization licensing fees, and any other income derived therefrom;

(b) Awarding Plaintiff his proportionate share of all such revenues, together with pre-judgment and post-judgment interest;

(c) Ordering Defendant to correct its internal records to properly identify Plaintiff Durrell Mohammed (a/k/a Hell Rell) as a co-owner and royalty participant in each of the five Works;

(d) Awarding Plaintiff damages for unjust enrichment in an amount to be determined at trial;

(e) Awarding Plaintiff his costs and disbursements; and

(f) Granting such other and further relief as this Court deems just and proper.


## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Respectfully submitted,

MILLS LEGAL

By: *Kiara Santos*
Kiara Santos, Esq.
Mills Legal
14 Penn Plaza, Suite 2002
New York, NY 10122
ksantos@millslegal.com
Attorneys for Plaintiff Durrell Mohammed p/k/a Hell Rell

Dated: June 30, 2026