Case 1:26-cv-05546-LAK Document 22 Filed 10/08/26 Page 6 of 8

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-13-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
DURRELL MOHAMMED p/k/a HELL RELL and
SOLAIS WORLD PUBLISHING, INC.,

Plaintiffs,

-against- Case No. 1:26-cv-05546-LAK

UNIVERSAL MUSIC GROUP, INC.,

Defendant.
-----------------------------------------------------x

**[~~PROPOSED~~] ORDER GRANTING MOTION TO**

**WITHDRAW AS COUNSEL OF RECORD**

Upon the Notice of Motion and the Declaration of Kiara Santos, dated October 8, 2026, and upon all prior pleadings and proceedings had herein, and good cause having been shown;

IT IS HEREBY ORDERED that Kiara Santos and Mills Legal LLC are granted leave to withdraw as counsel of record for Plaintiffs Durrell Mohammed p/k/a Hell Rell and Solais World Publishing, Inc. in the above-captioned action; and it is further

ORDERED that, within fourteen (14) days of the date of this Order, Plaintiff Solais World Publishing, Inc. shall cause substitute counsel to appear on its behalf, and Plaintiff Durrell Mohammed shall either cause substitute counsel to appear on his behalf or notify the Court in writing that he intends to proceed pro se; and it is further

ORDERED that Plaintiffs are advised that a corporation may not appear in this Court without counsel, and that failure of Solais World Publishing, Inc. to appear through counsel within the time allowed may result in dismissal of its claims; and it is further

ORDERED that Plaintiffs' time to respond to Defendant's motion to dismiss the First Amended Complaint (ECF Nos. 17–19), currently October 20, 2026 (see Endorsement dated October 7, 2026), is extended to ~~fourteen (14) days after the earlier of the appearance of substitute counsel or Plaintiff Mohammed's written notice that he will proceed pro se; and it is further~~ Nov. 4, 2026, and it is further

ORDERED that, until substitute counsel appears or Plaintiff Mohammed notifies the Court that he will proceed pro se, all further papers in this action shall be served upon Plaintiffs at: SOLAIS WORLD PUBLISHING, INC., Durrell Mohammed, 3644 Dresher Road Bensalem, PA19020.

SO ORDERED.

Dated: New York, New York

Octo~~ber 8~~, 2026

10/13/26

Hon. Lewis A. Kaplan

United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
DURRELL MOHAMMED p/k/a HELL RELL and
SOLAIS WORLD PUBLISHING, INC.,

Plaintiffs,

-against- Case No. 1:26-cv-05546-LAK

UNIVERSAL MUSIC GROUP, INC.,

Defendant.
-----------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel of Record, Declaration in Support, and October 8, 2026 Order was served via ECF upon counsel for Defendant, Richard S. Mandel, Esq. and Joelle A. Milov, Esq., Cowan, Liebowitz & Latman, P.C., and via email upon Plaintiffs Durrell Mohammed and Solais World Publishing, Inc., at mrrugarell@gmail.com.

*/s/ Kiara Santos*

Kiara Santos